UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY LEE DOSS, | ) NO. CV 08-4916-MMM (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JAMES D. HARTLEY, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: _Sept. 10, 2008_.

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE